JS - 6

**FILED: 12/19/2013**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HARRY HAMPTON,

        Plaintiff,

vs.

CITY OF LOS ANGELES, et al

        Defendants.

**CASE NO. CV 12-6873  GHK (AGRx)**

**ORDER OF DISMISSAL**

Pursuant to the *"Notice of Settlement,"* and having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **FORTY-FIVE (45) DAYS**, to reopen the action if settlement is not consummated.

DATED: 12/19/13

                                                GEORGE H. KING
                                                CHIEF U. S. DISTRICT JUDGE